# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBORAH MALIVUK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AMERIPARK, LLC,<br><br>　　　　　　Defendant. | Civil Action No.<br>1:15-cv-02570-WSD |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules of this Court and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant Ameripark, LLC submits this Certificate of Interested Persons and Corporate Disclosure Statement and certifies the following:

　　　　1.　　The following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a.    **Plaintiff:**    Deborah Malivuk

    b.    **Defendant:**    Ameripark, LLC

Ameripark, LLC is a wholly owned subsidiary of Lanier Parking Holdings, Inc.

    2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    To Defendant's knowledge and belief, none other than the parties listed in Section 1, *supra*.

    3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Attorneys for Plaintiff**:    Christopher B. Hall
    Brian D. Gonzales

**Attorneys for Defendant:**    Tracey T. Barbaree
    Beth A. Moeller

Respectfully submitted this 11th day of August, 2015.

                                              *s/ Tracey T. Barbaree*
Tracey T. Barbaree
GA Bar No. 036792
tbarbaree@littler.com
Beth A. Moeller
GA Bar No. 100158
bmoeller@littler.com
LITTLER MENDELSON, P.C.
3344 Peachtree Road, NE
Suite 1500
Atlanta, Georgia 30326
Telephone:  (404) 233-0330
Facsimile:   (404) 233-2361

*Attorneys for Ameripark, LLC, Defendant*

## FONT CERTIFICATION

The undersigned hereby certifies that this pleading complies with the requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point, and 1.5" and 1" margins.

*s/ Tracey T. Barbaree*
Tracey T. Barbaree
Georgia Bar No. 036792
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBORAH MALIVUK, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>AMERIPARK, LLC,<br><br>            Defendant. | Civil Action No.<br>1:15-cv-02570-WSD |

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2015, I electronically filed the foregoing ***DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT*** with the Clerk of Court using the CM/ECF which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| Christopher B. Hall<br>Hall & Lampros, LLP<br>1230 Peachtree Street, NE<br>Suite 950<br>Atlanta, GA 30309 | Brian D. Gonzales<br>The Law Offices of Brian D. Gonzales, PLLC<br>123 North College Avenue<br>Suite 200<br>Fort Collins, CO 80524 |

                                                                        *s/ Tracey T. Barbaree*
                                                                       Counsel for Defendant