# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBORAH MALIVUK, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action No. 1:15-cv-02570-WSD |
| v. | |
| AMERIPARK, LLC, | |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS

Defendant Ameripark, LLC files this motion to dismiss the Fair Labor Standards Act and state law claims asserted in Plaintiff's Amended Complaint  Fair pursuant to Federal Rule of Civil Procedure 12(b)(6).  As detailed in Defendant's brief in support of this motion, Plaintiff's Amended Complaint fails to state claims on which relief may be granted.  Defendant respectfully requests that its motion be granted and Plaintiff's Amended Complaint be dismissed with prejudice.

Respectfully submitted this 18th day of September, 2015.

        *s/ Tracey T. Barbaree*
        Tracey T. Barbaree
        GA Bar No. 036792
        tbarbaree@littler.com
        Beth A. Moeller
        GA Bar No. 100158
        bmoeller@littler.com
        LITTLER MENDELSON, P.C.
        3344 Peachtree Road, NE
        Suite 1500
        Atlanta, Georgia 30326
        Telephone:  (404) 233-0330
        Facsimile:   (404) 233-2361

        *Attorneys for Ameripark, LLC, Defendant*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEBORAH MALIVUK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERIPARK, LLC,<br><br>Defendant. | Civil Action No.<br>1:15-cv-02570-WSD |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2015, I electronically filed the foregoing ***DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT*** with the Clerk of Court using the CM/ECF which will automatically send e-mail notification of such filing to the following attorney of record:

| | |
|---|---|
| Christopher B. Hall<br>Hall & Lampros, LLP<br>1230 Peachtree Street, NE<br>Suite 950<br>Atlanta, GA 30309 | Brian D. Gonzales<br>The Law Offices of Brian D. Gonzales, PLLC<br>123 North College Avenue<br>Suite 200<br>Fort Collins, CO 80524 |

*s/ Tracey T. Barbaree*
Counsel for Defendant