## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| DEBORAH MALIVUK, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION |
| ) | NO. 1:15-cv-02570-WSD |
| v. ) ) | |
| AMERIPARK, LLC, ) ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Deborah Malivuk, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order of July 26, 2016 (Docket 22) granting Defendant's Motion to Dismiss (Docket 13).

This the 24th day of August, 2016.

                               s/ Christopher B. Hall
                               Christopher B. Hall
                               Ga. Bar No. 318380
                               **Hall & Lampros, LLP**
                               1230 Peachtree Street, NE
                               Suite 950
                               Atlanta, GA 30309
                               Telephone: (404) 876-8100
                               Facsimile: (404) 876-3477
                               chall@hallandlampros.com

>Brian D. Gonzales
>**The Law Offices of Brian D. Gonzales, PLLC**
>Admitted Pro Hac Vice
>242 Linden Street
>Fort Collins, Colorado 80524
>Telephone: 970-214-0562
>Facsimile: (303) 539-9812
>BGonzales@ColoradoWageLaw.com

>Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2016, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF which will automatically send e-mail notification of such filing to the following attorneys of record:

>Tracey T. Barbaree
>Beth A. Moeller
>LITTLER MENDELSON, P.C.
>3344 Peachtree Road, NE
>Suite 1500
>Atlanta, Georgia 30326
>Telephone: (404) 233-0330
>Facsimile: (404) 233-2361

>>/s/ Christopher B. Hall
>>Christopher B. Hall

I certify that the foregoing Notice was prepared in Times New Roman, 14-point font, as approved by Local Rule 5.1B.